```
DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DAVID LEE ARNETTE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos. Cr. S. 08-166-MCE |
| ) | Cr. S. 10-118-GEB |
| Plaintiff, ) | Mag. 10-073-DAD |
| ) | |
| v. ) | |
| ) | NOTICE OF RELATED CASES |
| DAVID LEE ARNETTE, ) | |
| ) | |
| Defendant. ) | Date:  April 29, 2010 |
| ) | Time:  9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England Jr. |

Pursuant to Local Rule 123, defendant David Lee Arnette hereby files this Notice of Related Cases.  Mr. Arnette is the defendant in Cr. S. 08-166-MCE.  In that matter, he has been found not guilty by reason of insanity and committed to the Bureau of Prisons.  Mr. Arnette is also the defendant in Cr. S. 10-118-GEB, which is a supervision case transferred from the Central District of California to this Court. That case concerns Mr. Arnette's conditional release from a previous not guilty by reason of insanity finding by the Central District.  The

1  case was transferred here so that it could proceed on the same track as
2  Mr. Arnette's Cr. S. 08-166-MCE case.
3     There is a pending petition alleging that Mr. Arnette violated his
4  conditional release in Cr. S. 10-118-GEB.  He has already appeared in
5  Mag. No. 10-073-DAD on a warrant based upon that petition.
6     The defense requests that the Cr. S. 10-118-GEB case be reassigned
7  before the Honorable Morrison C. England Jr., who is already handling
8  Mr. Arnette's Eastern District case.  Under Local Rule 123(a), both
9  actions involve the same parties (the government and Mr. Arnette) and
10 are based on the same or similar claims; likewise, both actions involve
11 similar questions of fact and the same question of law.  Assignment of
12 both cases would effect a substantial savings of judicial effort,
13 because the same result should follow in both actions.  Accordingly, it
14 would entail substantial duplication of labor if the actions were heard
15 by different judges, both now and in the future when Mr. Arnette's
16 mental state will be reevaluated yearly by the Court.
17    Because both cases involve Mr. Arnette's suitability for release
18 under 18 U.S.C. § 4243, Judge England will be deciding in the future
19 when and if Mr. Arnette is suitable for release and under what
20 conditions.  It would substantially duplicate effort for the same
21 determination to be made by a different district judge in the Cr. S.
22 10-118-GEB case.
23 //
24 //

Notice of Related Cases            -2-

1  Accordingly, the defense asks that Cr. S. 10-118-GEB be reassigned
2  to District Judge England.  Under Local Rule 123(c), as the judge in
3  the lower numbered case, Judge England has the authority to enter an
4  order reassigning the higher numbered case to himself.  A proposed
5  order follows for the Court's convenience.
6  Dated:  April 6, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ R. Barbour
_____
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant
DAVID LEE ARNETTE

**ORDER**

The case number Cr. S. 10-118-GEB is hereby reassigned to the Honorable Morrison C. England Jr.

Dated: April 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Notice of Related Cases              -3-