DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE D. BARBOUR, Bar #185395
Research and Writing Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID LEE ARNETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DAVID LEE ARNETTE,<br><br>        Defendant.<br>_____ | No. Cr. S. 10-118-MCE<br>(Related to Cr. S. 08-166-MCE)<br><br>ORDER RE: REVOCATION OF CONDITIONAL DISCHARGE (18 U.S.C. § 4243)<br><br><br><br>Date:  April 29, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

     On April 29, 2010, Mr. Arnette appeared before this Court, represented by Rachelle Barbour from the Federal Defender's Office. The government appeared through AUSA Richard Bender. Mr. Arnette appeared on a petition to revoke his conditional discharge that was filed in this case in the Central District of California prior to transfer of the case to this district.

     Mr. Arnette admitted all of the violation conduct alleged by the violation petition. The government gave a factual basis for that conduct, to which Mr. Arnette did not object. The Court found Mr. Arnette in violation of his conditional discharge in this case. The Court hereby revokes that conditional discharge. Due to the violations

1  and in light of his failure to comply with the prescribed regimen of
2  psychiatric treatment set forth for his conditional release, Mr.
3  Arnette poses a substantial risk of bodily injury to another person or
4  serious damage to property.  18 U.S.C. § 4243(g).  The Court hereby
5  remands Mr. Arnette under 18 U.S.C. § 4243(g) to a suitable facility.
6  The Court recommends that the Bureau of Prisons designate Mr. Arnette
7  for treatment at FMC Springfield, as he has already been committed to
8  that facility for treatment in related case Cr. S. 08-166-MCE.
9      As the Court is remanding Mr. Arnette pursuant to 18 U.S.C.
10 § 4243(g), the procedures in 18 U.S.C. § 4243 apply.  The Attorney
11 General shall release Mr. Arnette to the appropriate official in
12 California if that State will assume responsibility for his custody,
13 care, and treatment.  The Attorney General shall make all reasonable
14 efforts to cause California to assume such responsibility.  If,
15 notwithstanding such efforts, California will not assume such
16 responsibility, the Attorney General shall hospitalize Mr. Arnette for
17 treatment in a suitable facility until – (1) California will assume
18 such responsibility; or (2) Mr. Arnette's mental condition is such that
19 his release, or his condition release under a prescribed regimen of
20 medical, psychiatric, or psychological care or treatment, would not
21 create a substantial risk or bodily injury to another person or serious
22 damage to property of another – whichever is earlier.  The Attorney
23 General shall continue periodically to exert all reasonable efforts to
24 cause such a State to assume such responsibility for the person's
25 custody, care, and treatment.
26     Under 18 U.S.C. § 4243(f), when the director of the facility in
27 which Mr. Arnette is hospitalized pursuant to this Order determines
28 that he has recovered from his mental disease or defect to such an

extent that his release, or his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would not longer create a substantial risk of bodily injury to another person or serious damage to property of another, he or she shall promptly file a certificate to that effect with the Clerk of this Court.

Pursuant to 18 U.S.C. § 4247(e)(1)(B), the director of the facility in which Mr. Arnette is committed pursuant to section 4243 shall prepare annual reports concerning Mr. Arnette's mental condition and containing recommendations concerning the need for his continued commitment. The reports shall be submitted to this Court and copies of the reports shall be submitted to the U.S. Attorney's Office and the Federal Defender's Office in this district. The director of the facility is which Mr. Arnette is committed pursuant to section 4243 shall inform Mr. Arnette of any rehabilitation programs that are available in that facility.

IT IS SO ORDERED.

Dated: April 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Approved:

/s/ Richard Bender
_____
Richard Bender
Assistant United States Attorney