UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 10, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                             )<br>                    Plaintiff,                    )<br>v.                                                        )<br>                                                             )<br>DAVID LEE ARNETTE,                   )<br>                                                             )<br>                    Defendant.                 ) | CASE NUMBER:   2:08-cr-00166 KJM<br>                                       2:10-cr-00118 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release David Lee Arnette ; Cases 2:08-cr-00166 and 2:10-cr-0118 from custody for the following reasons:

    **X**    Release Pursuant to 18 U.S.C. § 4243(f)

    __    Bail Posted in the Sum of _____

    __    Unsecured Appearance Bond in the amount of $

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    **X**    (Other) the defendant shall be released to probation officer, Glenn Simon, on Tuesday, November 15, 2011 at 9:00 a.m.; the defendant will continue on conditions of release imposed on 8/3/2011.

Issued at   Sacramento, CA   on   11/10/11   at   3:45 p.m.

By _____
Kimberly J. Mueller
United States District Judge