HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID LEE ARNETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos.  Cr. S. 08-166-KJM |
|                    Plaintiff, | Cr. S. 10-118-KJM |
| v. | ORDER GRANTING CONDITIONAL RELEASE |
| DAVID LEE ARNETTE, | |
|                    Defendant. | Judge: Hon. Kimberly J. Mueller |

The court has received and reviewed a Request for Conditional Release from the Warden at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri.  The request indicates that Mr. Arnette was examined by a Risk Assessment Review Panel at the Bureau of Prisons Facility.  That Review Panel has concluded that Mr. Arnette has recovered from his mental disease or defect to such extent that his conditional release, under a prescribed regimen of medical, psychiatric, or psychological care and treatment will no longer create a substantial risk of bodily injury to another person or serious damage to property of another.  The Warden proposes a course of treatment detailed in the proposed conditions of release contained in her letter dated September 15, 2014.  The court and counsel for both parties agree with the assessment and recommendations contained in the Warden's letter and wish to implement the recommendation.

//

Therefore, the court hereby ORDERS under 18 U.S.C. § 4243(f)(2) that DAVID LEE ARNETTE be CONDITIONALLY DISCHARGED AND RELEASED from the Bureau of Prisons subject to the attached conditions of release.  The court ORDERS Mr. Arnette to comply with the prescribed regimen of medical, psychiatric, and psychological care or treatment contained in the attached conditions of release.  It is also ORDERED, that prior to Mr. Arnette's release from the custody of the Bureau of Prisons, that he agree to abide by Conditions of Release once he is released and that he sign a copy of this ORDER acknowledging both the receipt of a copy of the release conditions and his agreement to abide by those conditions.

Dated:  October 22, 2014.

_____
UNITED STATES DISTRICT JUDGE

I,  David Arnette, have read the above ORDER, including the attached Conditions of Release.  I acknowledge receiving the written conditions of release and agree to abide by those conditions of release.

Dated:                                                                          _____
                                                                                                    David Arnette

## CONDITIONS OF RELEASE

1.	Mr. Arnette will be supervised by the United States Probation Office in the Eastern District of California.

2.	Mr. Arnette shall reside at Pete's Place located at 2632 27th Street, Sacramento. CA 95818.  Any move from this facility must be approved in advance by his supervising U.S. Probation Officer.  Further, the Probation Officer shall be notified immediately should Mr. Arnette move from the residence.  Further, the Probation Officer shall be notified if the defendant absents himself from the facility outside core curfew hours (09:00 pm to 6:00 am) or otherwise leaves the facility without the approval of the supervising Probation Officer.

3.	Mr. Arnette shall participate in a program of mental health treatment and will go to a treatment provider approved by the supervising U.S. Probation Officer and cooperate with the prescribed medication regimen including the procedures utilized by the community provider to distribute medications including the use of injections.

4.	Mr. Arnette will agree to a release of information between the U.S. Probation Office and all treatment providers.

5.	Mr. Arnette will abstain from using alcohol or illicit drugs while released in the community, and shall submit to random urinalysis testing to test for those substances as directed by the Probation Officer.

6.	Mr. Arnette will not be in possession of any type of weapons or firearms. He will not attempt to purchase any weapons or firearm.

7.	Mr. Arnette shall not commit a federal, state, or local crime, and will immediately notify his probation officer if he is arrested or questioned by any law enforcement officer.

8.	Mr. Arnette will submit to a warrantless search of person and property by law enforcement officials or the Probation Officer supervising him with or without probable cause or reasonable suspicion.

9.	Mr. Arnette will submit to laboratory testing, breathalyzer and other tests necessary to determine medication compliance or use of illegal substances.

10. Mr. Arnette will not leave the area of 50 miles from the United States District Court at 501 I Street, Sacramento, CA 95814 without permission of the Court or the Probation Officer.

11. Mr. Arnette shall permit a Probation Officer to visit him at his residence.

12. Mr. Arnette will not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

13. Mr. Arnette will be financially responsible and agree to meet financial obligations to the facility, apartment, or other type of living arrangement in which he resides, including using part, or all, of his Social Security benefits as payment for his room and board.

14. All standard conditions of release for the district in which he resides will be in effect for Mr. Arnette during the time of his release.

15. Mr. Arnette shall be monitored with location monitoring technology. Mr. Arnette shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as directed by the Court and/or the probation officer.

16. Mr. Arnette shall be restricted to his residence at all times except for medication, necessities, and Court appearances, or other activities specifically pre-approved by the probation officer. Mr. Arnette may request, at any time upon a showing of good cause, that the location monitoring be modified or discontinued.