HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVID LEE ARNETTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case Nos.  Cr. S. 08-166-KJM |
| | )                   Cr. S. 10-118-KJM |
| Plaintiff, | ) |
| | ) AMENDED ORDER CONTINUING |
| v. | ) CONDITIONAL RELEASE AND RELEASING |
| | ) DEFENDANT FROM CUSTODY |
| | ) |
| DAVID LEE ARNETTE, | ) |
| | ) Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) |

        Mr. Arnette appeared before this Court on March 25, 2015 and admitted violation of his

conditional release.  Having considered the position of the parties and the U.S. Probation Office,

the Court hereby CONTINUES Mr. Arnette on conditional release as previously granted on all

previously imposed terms and conditions.  The Court orders that Mr. Arnette be released the

morning of March 27, 2015 to the U.S. Probation Office.   The matter has been set for a status

conference on September 30, 2015.

        The  court's earlier release order (ECF No. 151) is vacated.

Dated:  March 26, 2015.

_____
UNITED STATES DISTRICT JUDGE

1