UNITED STATES DISTRICT COURT FOR THE

**FILED**

EASTERN DISTRICT OF CALIFORNIA

JUN 1 8 2015



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,                )
                                         )
                              Plaintiff, )      2:10-cr-00118-KJM
          v.                             )
                                         )      **DETENTION ORDER**
DAVID LEE ARNETTE,                       )      (Violation of Pretrial Release,
                                         )      Probation or Supervised Release)
                             Defendant.  )
                                         )
_____)

☐       After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court
        finds :
                        ☐ there is probable cause to believe the person has committed a federal,
                        state or local crime while on release and defendant has not rebutted the
                        presumption that his release will endanger another or the community or
                        ☐ there is clear and convincing evidence that defendant has violated
                        **another** condition of release **and**
                                ☐ based on the factors set forth in 18 U.S.C. § 3142(g) there is no condition
                                or combination of conditions of release that will assure that the defendant
                                will not flee or pose a danger to the safety of another person or the
                                community or
                                ☐ the person is unlikely to abide by any condition or combination of
                                conditions of release.   F.R.Cr.P. 32.1(a)(D), 46(c), 18 U.S.C. § 3148.

☒       After a hearing pursuant to F.R.Cr.P. 32.1(a)(6) and 46(c) and 18 U.S.C. § 3143
        (violation of probation or supervised release) the court finds there is probable cause
        to believe defendant has violated a condition of probation or supervised release and
        defendant has not met his/her burden of establishing by clear and convincing
        evidence that he will not flee or pose a danger to another person or to the community.
        18 U.S.C. § 3143.

        IT IS ORDERED that pursuant to 18 U.S.C. § 3142(i)(2)-(4) defendant is committed to the custody
of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from
persons awaiting or serving sentences or being held in custody pending appeal.   The defendant shall be
afforded reasonable opportunity for private consultation with his/her counsel.   Upon further order of a
court of the United States or request of an attorney for the United States the person in charge of the
corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for
purpose of an appearance in connection with a court proceeding.

DATED:  6-18-2015                                   _____
                                                    UNITED STATES MAGISTRATE JUDGE