IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>DAVID ARNETTE,<br><br>       Defendant. | CASE  NO.  2:08-CR-166 KJM<br>    NO. 2:10-CR-118 KJM<br><br>ORDER DIRECTING HOSPITALIZATION OF DEFENDANT FOR EVALUATION PURSUANT TO 18 U.S.C. §§ 4241(b) and 4243(g) |

  At the hearing in this matter held in open court on July 22, 2015, the defendant appeared with his appointed counsel but initially indicated that he wished to represent himself.  The court did not grant the request as it was apparent from the defendant's appearance and subsequent non-responsiveness to several questions put to him by the court that the defendant may not be mentally competent enough to represent himself.  The court also is aware of the general history of the defendant in this case. Counsel for the government made an oral motion for a psychiatric examination of the defendant to determine the mental competency of the defendant to respond to the charges contained in the Petition to Revoke Supervised Release filed on June 4, 2015.  At the court's request, the government submitted a proposed order, which the court now adopts in substantial part.

  Good cause having been shown, the court hereby ORDERS that the defendant be committed to the U.S. Bureau of Prisons for a psychiatric and/or psychological examination pursuant to 18 U.S.C.

ORDER DIRECTING HOSPITALIZATION OF DEFENDANT    1

§ 4241(b), to determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him and to present his own defense (pro per) or to assist properly in his defense should he be represented by counsel.  The court also directs that the defendant be examined pursuant to 18 U.S.C. § 4243(g), to determine whether the defendant's further release, with specific conditions of release, would create a substantial risk of bodily injury to himself and/or another person, or substantial risk of serious damage to property of another.  The court specifically directs the Bureau of Prisons to address in detail defendant's history in this case in making any future report regarding the potential of further release.

The Office of the Clerk of the Court is directed to deliver a copy of this Order to the U.S. Marshals Service and the U.S. Bureau of Prisons.

Dated:  July 28, 2015

_____
UNITED STATES DISTRICT JUDGE

ORDER DIRECTING HOSPITALIZATION OF DEFENDANT           2