| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
| | Attorney |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | DAVID LEE ARNETTE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case Nos. Cr. S. 08-166-KJM |
| | ) | Cr. S. 10-118-KJM |
| Plaintiff, | ) | |
| | ) | [proposed] ORDER GRANTING |
| v. | ) | CONDITIONAL RELEASE |
| | ) | |
| DAVID LEE ARNETTE, | ) | |
| | ) | Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) | |
| | ) | |

The Court has received and reviewed a Request for Conditional Release from the Warden at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri. The request indicates that Mr. Arnette was examined by a Risk Assessment Review Panel at the Bureau of Prisons Facility. That Review Panel has concluded that Mr. Arnette has recovered from his mental disease or defect to such extent that his conditional release, under a prescribed regimen of medical, psychiatric, or psychological care and treatment will no longer crease a substantial risk of bodily injury to another person or serious damage to property of another. The Warden proposes a course of treatment detailed in the proposed conditions of release contained in the Warden's letter of June 28 2017. The Court and counsel for both parties agree with the assessment and recommendations contained in the Warden's letter and wish to implement the recommendation in this Order for Conditional Release.

//
//

1

Therefore, the Court hereby ORDERS under 18 U.S.C. § 4243(f)(2) that DAVID LEE ARNETTE be CONDITIONALLY DISCHARGED AND RELEASED from the Bureau of Prisons subject to the attached conditions of release. Mr. Arnette has previously gone over these conditions with BOP staff and by his signature below agrees to comply with them.

The Court ORDERS Mr. Arnette to comply with the prescribed regimen of medical, psychiatric, and psychological care or treatment contained in the attached conditions of release.

Dated:

July 14, 2017

_____
UNITED STATES DISTRICT JUDGE

I, David Arnette, have read the above ORDER, including the attached Conditions of Release. I acknowledge receiving the written conditions of release and agree to abide by those conditions of release.

Dated: 7/13/17

_____
David Arnette

## CONDITIONS OF RELEASE

1. Mr. Arnette will be supervised by the United States Probation Office in the Eastern District of California.

2. Mr. Arnette will reside at Pete's Place, ███████████, Sacramento, CA 95818, (916) ███████. Any change in residence must be pre-approved by U.S. Probation. Mr. Arnette shall abide by curfew hours (9:00 pm to 6:00 am) unless pre-approved by the supervising Probation Officer.

3. Mr. Arnette will actively participate in, and cooperate with, a regimen of mental health care and psychiatric aftercare as directed by the treating mental health provider. This is to include his voluntary admission to an inpatient program for stabilization should it be deemed necessary.

4. Mr. Arnette will continue to take medication, including injectable units, as shall be prescribed for him by the medical provider.

5. Mr. Arnette will waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers, who will assist in evaluating his ongoing appropriateness for community placement.

6. Mr. Arnette will refrain from the use of alcohol and illegal drugs, as well as the abuse of over-the-counter medications, and submit to random urinalysis testing as warranted by treating mental health staff and/or the probation officer. This also includes participating in substance abuse treatment as deemed necessary by the treatment provider. Mr. Arnette will submit to laboratory testing, breathalyzer and other tests necessary to determine medication compliance or use of illegal substances.

7. Mr. Arnette will not have in his possession at any time actual or imitation firearms or other deadly weapons and he may not write, say or communicate threats. He will not attempt to purchase any weapons or firearm. He shall submit to a warrantless search on request of his U.S. Probation Officer or any law enforcement officer of his person or property for the purpose of determining compliance with this provision and shall permit confiscation of any such contraband.

8. Mr. Arnette will not commit a federal, state, or local crime, and he shall immediately notify his U.S. Probation Officer if he is arrested or questioned by any law enforcement officer. Mr. Arnette shall not associate with any person engaged in criminal activity. He shall not associate with any person convicted of a felony unless granted permission to do so from his U. S. Probation Officer.

9. Mr. Arnette will not leave the area of 50 miles from the United States District Court at 501 I Street, Sacramento, CA 95814 without permission of the Court or the Probation Officer.

10. Mr. Arnette shall permit a Probation Officer to visit him at his residence.

11. Mr. Arnette will be financially responsible and agree to meet financial obligations to the facility, apartment, or other type of living arrangement in which he resides, including using part, or all, of his Social Security benefits as payment for him room and board.

12. All standard conditions of release for the district in which he resides will be in effect for Mr. Arnette during the time of his release.

13. At the discretion of the probation officer, Mr. Arnette shall be monitored with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices. Mr. Arnette shall abide by all technology requirements and shall pay the costs of location monitoring based upon his ability to pay as directed by the probation officer.

14. If directed by the probation officer, and in addition to other court-imposed conditions of release, Mr. Arnette's movement in the community may be restricted as follows: Mr. Arnette shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer.

15. Mr. Arnette will agree to the use of a representative payee for his Social Security and other benefits.