BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>DAVID ARNETTE,<br><br>                Defendant. | CASE NO. 2:08-CR-166 KJM<br>       NO. 2:10-CR-118 KJM<br><br>ORDER DIRECTING HOSPITALIZATION OF DEFENDANT FOR TREATMENT PURSUANT TO 18 U.S.C. § 4243(g) |

Defendant David Lee Arnette appeared before the Court on November 1, 2017, for a determination of whether the defendant violated his conditions of conditional release pursuant to 18 U.S.C. § 4243(f), as charged in the Probation Department's Petition filed August 14, 2017 (C.R. 140). The defendant personally appeared, represented by Assistant Federal Defender Rachelle Barbour, and the United States was represented by Assistant U.S. Attorney Richard Bender.

At the hearing, defendant Arnette admitted the violations in the two counts alleged in the Petition which charge that the defendant: (1) failed to participate in the mental health treatment program as directed, and (2) failed to participate in the location monitoring program as directed. Following these admissions, the Court, as further explained at the hearing and set forth in the attached transcript incorporated herein, found that the defendant's continued release would create a substantial risk of bodily injury to another person or serious damage to property of another and ordered him remanded to the Bureau of Prisons for as short a period of time as possible to restore his treatment regimen. The Court also noted that, given the history of this matter, Pete's Place, the location in Sacramento to which

<br>

ORDER RE: DEFENDANT'S REFERRAL FOR TREATMENT
PURSUANT TO 18 U.S.C. § 4243(G)

1

1 the defendant had previously been released, is most probably not a suitable facility for the defendant's
2 future release, and requests the assistance of the BOP in identifying all possible suitable facilities for
3 future release, given the defendant's history and characteristics.
4     Therefore, pursuant to 18 U.S.C. § 4243(g), the defendant is committed to the custody of the
5 Attorney General for treatment in a suitable facility to restore his mental condition until the defendant
6 has recovered to such an extent that he no longer poses a substantial risk of bodily injury to another
7 person or serious damage to property of another.

Dated: November 21, 2017

_____
UNITED STATES DISTRICT JUDGE