UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>DAVID LEE ARNETTE,<br><br>           Defendant. | No.  2:08CR00166-KJM and 2:10CR00118-KJM<br><br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release DAVID LEE ARNETTE;

Case No. 2:08CR00166-KJM and 2:10CR00118-KJM, from custody for the following reasons:

☐ Release on Personal Recognizance

☐ Bail Posted in the Sum of $

  ☐  Unsecured Appearance Bond

  ☐  Appearance Bond with 10% Deposit

  ☐  Appearance Bond with Surety

  ☐  Corporate Surety Bail Bond

  X  (Other): Release plan approved by the court.  The Defendant shall be released no later than 9:00 AM on Monday, 11/16/2020, to the custody of TCORE Representative Todd Sabourin, and with 30 days' worth of medication .

Issued at Sacramento, California on November 12, 2020, at 12:36 p.m.

_/s/ [signature]_
CHIEF UNITED STATES DISTRICT JUDGE