|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>March 15, 2022<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

   Plaintiff,

v.

DAVID LEE ARNETTE,

   Defendant.

Case No.  2:10-CR-00118-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DAVID LEE ARNETTE ,

Case No.  2:10-CR-00118-KJM   Charge 18 § 3606 , from custody for the following

reasons: for the following reasons:

  _____ Release on Personal Recognizance

  _____ Bail Posted in the Sum of $ _____

  _____ Unsecured Appearance Bond $ _____

  _____ Appearance Bond with 10% Deposit

  _____ Appearance Bond with Surety

  __X__ (Other): Defendant shall be released at 9:00 AM on 3/16/2022 to Glenn Abrio of El Hogar Sierra Elder Program to be transported to the Sierra Elder Wellness program.

Issued at Sacramento, California on March 15, 2022 at    3:30 p.m.

        By: /s/ Carolyn K. Delaney

          Magistrate Judge Carolyn K. Delaney